IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY RUSSAW, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:19-cv-421-RAH |
| SCOTT & ASSOCIATES, P.C., | ) ) ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the parties' Stipulation of Dismissal (Doc. 31), which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby DISMISSED with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 9th day of March, 2021.

      /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE